**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THOMAS NICHOLAS,**

    **Plaintiff,**

v.                                                                             Case No.  8:13-cv-2922-T-30EAJ

**JAMEIS WINSTON d/b/a FLORIDA**
**STATE SEMINOLES QUARTERBACK,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon *pro se* Plaintiff Thomas Nicholas' Motion for Preliminary Injunction, Motion for Temporary Restraining Order (Dkt. 1).  Upon review of Plaintiff's motion, the Court concludes that it is utterly devoid of merit.

Plaintiff, who is currently in prison, attempts to bring some sort of sexual harassment claim against Defendant Jameis Winston d/b/a Florida State Seminoles Quarterback. Plaintiff seeks damages in the amount of one million dollars and a restraining order against Winston.  Plaintiff alleges that Winston sent him sexually graphic letters and pictures. Plaintiff alleges that, in these letters, Winston has threatened to rape Plaintiff and perform other sexual acts on Plaintiff against Plaintiff's will.  Plaintiff states that he will be released from prison in January 2014 and that he is "scared Winston will rape or kill [him]".  (Dkt. 1).  Plaintiff does not attach any of these purported letters and pictures to his motion.

Plaintiff's motion is due to be denied for numerous reasons that include, but are not limited to, the following fundamental flaws: the allegations do not state the basis for the Court's jurisdiction and the allegations do not state a cognizable claim. Plaintiff also did not pay a filing fee.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff Thomas Nicholas' Motion for Preliminary Injunction, Motion for Temporary Restraining Order (Dkt. 1) is denied.

2. The Clerk of Court is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on November 19, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2013\13-cv-2922.dismissal.frm